

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00611-CV

Sandra Campos **VIDALES**,
Appellant

v.

Raymond **CAMPOS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04500
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellee recover appellee's costs in this appeal from appellant.

SIGNED December 7, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice